In the Matter of the Application of JOHN C. OBERG-
FELL, Appellant, for an Order Directed to THOMAS S.
CHESHIRE, Constituting the Board of Elections of
Nassau County.

       WILLIAM J. DALTON et al., Respondents.

(Submitted December 1, 1924; decided December 9, 1924.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 239 N. Y.
48.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
       *v.* CHARLES H. HOPKINS, Respondent.

*Appeal — Court of Appeals without jurisdiction to review decision of
    Appellate Division reversing judgment of Children's Court.*

People v. Hopkins, 208 App. Div. 438, appeal dismissed.

(Argued November 26, 1924; decided December 16, 1924.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered March 11, 1924, which reversed a judgment of
the Cortland County Children's Court convicting the
defendant of a violation of subdivision 1 of section 483
of the Penal Law and directed the discharge of defendant.

    *Carl Sherman,* Attorney-General, *Albert Haskell, Jr.,*
District Attorney (*Irving I. Goldsmith* and *Edward G.
Griffin* of counsel), for appellant.

    *Elmer L. Thompson* for respondent.

Appeal dismissed; no opinion. (See 151 N. Y. 54.)

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.